July 3, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

JANTE LANGAN, Appellant

NO. 14-12-01134-CV                    V.

ERIC  SCOTT LANGAN, Appellee

_____

This cause, an appeal from the Final Decree of Divorce, signed September 13, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the Final Decree of Divorce. We order the Final Decree of Divorce of the court below **AFFIRMED**.

We order appellant, Jante Langan, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.